IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENESIS VAN LINES, LLC et al. | ) | |
| Plaintiff, | ) | No. 04-135C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAVID D'ALESSANDRIS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID D'ALESSANDRIS
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/David D'Alessandris
DAVID D'ALESSANDRIS
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0139
Fax: (202) 514-8624

Dated: March 2, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 2th day of March, 2004 I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Alan F. Wohlstetter, Esq.
Denning & Wohlstetter
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

s/David D'Alessandris
David D'Alessandris